1  LISA E. AGUIAR (SBN 139897)
   RACHAEL E.B. BINDER (SBN 286634)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA  95113-2429
   Telephone:    (408) 287-6262
4  Facsimile:    (408) 918-4501
   Email:        laguiar@rmkb.com
5                rbinder@rmkb.com

6  Attorneys for Defendant
   G&G LIQUORS, LLC, a California Limited
7  Liability Company, dba F & W LIQUORS and
   GROCERIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>           Plaintiff,<br><br>v.<br><br>JESA PARTNERSHIP, a California partnership; ARMANDO M. DUENAS, an individual, and MARTIN MARTINEZ, an individual, d/b/a TAQUERIA EDUARDO; G&G LIQUORS, LLC, a California limited liability company, d/b/a F & W LIQUORS and GROCERIES; and DOES 1-10 inclusive,<br><br>           Defendants. | CASE NO.  5:14-CV-00897-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXEND TIME TO EXCHANGE INITIAL DISCLOSURES** |

Pursuant to Civil Local Rule 6-1(a), Defendant G&G LIQUORS. ("G&G Liquors"), Defendants ARMANDO M. DUENAS and MARTIN MARTINEZ, dba TAQUERIA EDUARDO ("Taqueria") and Plaintiff RICHARD C. HENNING ("Henning") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to General Order No. 56 of the United States District Court Northern District of California, initial disclosures required by Federal Rule of Civil Procedure 26(a) shall be completed no later than 7 days prior to the joint inspection and review required by

¶3;

WHEREAS, all Parties have agreed that extending the time by which Parties have to exchange initial disclosures will promote productive settlement negotiations and conserve time and resources;

WHEREAS, an additional 90 days to exchange FRCP 26(a) initial disclosures will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFOR, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that all Parties shall have until September 8, 2014 to exchange initial disclosures as required by FRCP 26(a).

Pursuant to Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from Irene Karbelashvili, Edward Kraus, and Richard Abdalah which shall serve in lieu of each of their respective signatures on the document.

Dated: June 9, 2014     ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Rachael E.B. Binder
RACHAEL E.B. BINDER
Attorney for Defendant G & G LIQUORS, LLC, a California Limited Liability Company, dba F & W LIQUORS and CROCERIES

//
//
//
//
//
//
//
//

(Signatures Continued on Next Page)

- 2 -  STIP AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES
CASE NO. 5:14-CV-00897-PSG

Dated: June ____, 2014

ABDALAH LAW OFFICES

By:_____
   RICHARD ABDALAH
   Attorney for Defendant JESA
   PARTNERSHIP, a California partnership

Dated: June 10, 2014

CREECH LIEBOW & KRAUS

By:   */s/ Edward Kraus*_____
EDWARD KRAUS
Attorney for Defendants ARMANDO M. DUENAS, an individual, and MARTIN MARTINEZ dba TAQUERIA EDUARDO

Dated: June 10, 2014

LAW OFFICE OF IRENE KARBELASHVILI

By:   */s/ Irene Karbelashvili*_____
IRENE KARBELASHVILI
Attorney for Plaintiff RICHARD C. HENNING

I, Rachael E. B. Binder, am the ECF user whose identification and password are being used to file this stipulation. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: June 9, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Rachael E.B. Binder*_____
RACHAEL E.B. BINDER
Attorney for Defendant G&G LIQUORS, LLC, a California Limited Liability Company, dba F & W LIQUORS and GROCERIES

ORDER

Pursuant to the above stipulation filed herein, and good cause appearing, Parties shall exchange FRCP 26(a) initial disclosures by September 8, 2014.  IT IS SO ORDERED.

Dated: June 11, 2014

_____
United States Magistrate Judge
Paul S. Grewal